UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| CAMPAIGN LEGAL CENTER, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 18-1771 (TSC) |
| UNITED STATES DEPARTMENT OF JUSTICE, | ) ) ) ) | |
| Defendant. | ) ) ) | |

**DEFENDANT'S MOTION TO STAY PROCEEDINGS
IN LIGHT OF LAPSE IN APPROPRIATIONS**

A Joint Status Report is due.  Defendant hereby moves for a stay of the above-captioned civil action for the following reasons:

1. At the end of the day on December 21, 2018, the appropriations act that had been funding the Department of Justice (Department) expired and appropriations to the Department lapsed.  The same is true for several other executive agencies.  The Department does not know when funding will be restored by Congress.

2. Absent an appropriation, Department of Justice attorneys and employees are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

3. Counsel for the Department of Justice therefore requests a stay of this civil action until Congress has restored appropriations to the Department.

4. If this motion for a stay is granted, undersigned counsel will notify the Court within two days after Congress has appropriated funds for the Department.  Defendant

respectfully requests that all current deadlines for the parties be extended commensurate with the calendar day duration of the lapse in appropriations.

5. Counsel for the government has conferred with Plaintiff's counsel who proposes that "the stay be the shorter of the duration of the lapse in appropriations or one month. In the event DOJ believes it needs an additional stay after one month, the Court can reevaluate the request at that time."

Therefore, although we greatly regret any disruption caused to the Court and the other litigants, Defendant hereby moves for a stay of this case as applied to the duties of the government until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

Dated: January 7, 2019                                                              Respectfully submitted,


JESSIE K. LIU
D.C. Bar #472845
United States Attorney

DANIEL F. VAN HORN
D.C. Bar # 924092
Chief, Civil Division

_____Heather Graham-Oliver_____
On Behalf of Paul Cirino
Assistant United States Attorney
Civil Division
U.S. Attorney's Office, District of Columbia
555 Fourth Street, N.W.
Washington, D.C. 20530
Phone: (202) 252-2529
Fax: (202) 252-2599
pcirino@usa.doj.gov

*Counsel for Defendant*