IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAMPAIGN LEGAL CENTER,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>Defendant. | Civil Action No. 18-1771 (TSC) |

### DECLARATION OF NADAV ARIEL

I, Nadav Ariel, do hereby declare the following to be true and correct:

1. I am an attorney licensed in the District of Columbia and represent Plaintiff Campaign Legal Center ("CLC") in the above captioned case. I make this Declaration in support of Plaintiff's Reply Brief in Support of its Cross-Motion for Summary Judgment and Opposition to Defendant's Motion for Summary Judgment. The facts stated herein are based on my personal knowledge and my review of relevant documents.

2. Attached as **Exhibit A** is a true and correct copy of documents produced to CLC by the Department of Justice in case No. 18-1187 before this Court on May 21, 2018 (Doc. # 19-2).

3. Attached as **Exhibit B** is a true and correct copy of a motion and selected accompanying exhibits filed by the state of New York in *New York v. U.S. Dep't of Commerce*, 18-cv-2921 (filed May 30, 2019) (Doc. # 595).

4. I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 12, 2019

                                              /s/ Nadav Ariel
                                               Nadav Ariel