UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAMPAIGN LEGAL CENTER, ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 18-1187 (TSC) |
| ) | Civil Action No. 18-1771 (TSC) |
| U.S. DEPARTMENT OF JUSTICE, ) | |
| Defendant. ) | |

## DEFENDANT'S NOTICE OF FILING SUPPLEMENTAL DECLARATION

Pursuant to this Court's Minute Order of October 7, 2020, Defendant U.S. Department of Justice respectfully submits the attached Declaration of Kilian Kagle, dated October 14, 2020. This declaration supplements Defendant's position regarding its proposed production schedule and addresses the pertinent aspects of the agency's review and processing of documents responsive to Plaintiff's FOIA requests.

Dated:  October 16, 2020

Respectfully submitted,

MICHAEL R. SHERWIN
Acting United States Attorney

DANIEL F. VAN HORN, D.C. Bar # 924092
Chief, Civil Division

     /s/ *Paul Cirino*
PAUL CIRINO
Assistant United States Attorney
Civil Division
U.S. Attorney's Office for the District of Columbia
555 4th Street, N.W.
Washington, D.C.  20530
Telephone: (202) 252-2529
paul.cirino@usdoj.gov

*Attorneys for Defendants*