UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAMPAIGN LEGAL CENTER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>U.S. DEPARTMENT OF JUSTICE, )<br>)<br>Defendant. )<br>) | Civil Action No. 18-cv-1771 (TSC) |

**ORDER**

For the reasons set forth at today's telephonic hearing, the court finds: i) that Defendant has presented a serious legal question on appeal; ii) that Defendant will suffer irreparable harm absent a limited stay; and iii) that the Plaintiff and the public are not harmed by a limited stay so that Defendant may pursue its appeal. Accordingly, Defendant's motion for a stay of disclosure obligation pending appeal, ECF No. 39, is hereby GRANTED.

It is further ORDERED that the parties shall file a joint status report, along with a proposed order, within thirty days of the resolution of Defendant's appeal before the D.C. Circuit proposing further proceedings in this case as relevant.

Date: May 5, 2021

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge

1