UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CAMPAIGN LEGAL CENTER,<br><br>    Plaintiff,<br><br>    v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>    Defendant. | Civil No. 18-1187 (TSC)<br>Civil No. 18-1771 (TSC) |

## JOINT STATUS REPORT

Pursuant to the Court's May 5, 2021 Minute Order, Plaintiff Campaign Legal Center ("CLC") and Defendant United States Department of Justice ("DOJ") hereby submit this Joint Status Report in this Freedom of Information Act ("FOIA") case.

During the status conference of May 5, 2021, Defendant advised that the Civil Rights Division anticipated completing its supplemental search by the end of June 2021. Defendant reports that the search has been completed and the consultations with other agencies and agency components are concluded. The Civil Rights Division intends to make a final release of approximately three responsive emails by June 23, 2021. In addition, by the same date, the Justice Management Division intends to release a revised version of one email.

The parties propose to meet and confer regarding any remaining issues and submit a further Joint Status Report by July 12, 2021, recommending further proceedings, including a briefing schedule, if appropriate.

Dated:  June 21, 2021						Respectfully submitted,

   /s/ Adam Miller
BUCKLEY LLP
Adam Miller (DC Bar # 496339)
Nadav Ariel (DC Bar # 1023141)
1250 24th Street NW, Suite 700
Washington, DC 20037
202-349-7958
amiller@buckleyfirm.com

CAMPAIGN LEGAL CENTER
Danielle M. Lang (DC Bar # 1500218)
1411 K Street NW, Suite 1400
Washington, DC 20005
202-736-2200
dlang@campaignlegalcenter.org

*Counsel for Plaintiff*

CHANNING D. PHILLIPS
D.C. Bar #415793
Acting United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

By:      /s/ *Paul Cirino*
PAUL CIRINO, D.C. Bar #1684555
Assistant United States Attorney
Civil Division
U.S. Attorney's Office for the District of Columbia
555 4th Street, N.W.
Washington, D.C.  20530
Telephone: (202) 252-2529
paul.cirino@usdoj.gov

*Counsel for Defendant*