UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| CAMPAIGN LEGAL CENTER, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil No. 18-1187 (TSC) Civil No. 18-1771 (TSC) |
| U.S. DEPARTMENT OF JUSTICE, | ) ) ) | |
| Defendant. | ) ) | |

**JOINT STATUS REPORT**

Pursuant to the parties' request in their June 21, 2021, Joint Status Report, Court's May 5, 2021 Minute Order, Plaintiff Campaign Legal Center ("CLC") and Defendant United States Department of Justice ("DOJ") hereby submit this Joint Status Report in this Freedom of Information Act ("FOIA") case.

As previously reported, the Civil Rights Division completed its supplemental search and completed its response by releasing three responsive emails on June 23, 2021. On July 9, 2021, the Justice Management Division completed its response by releasing an unredacted version of one email. The parties continue to meet and confer regarding Defendant's response to Plaintiff's FOIA requests. The parties respectfully request to file a further Joint Status Report on July 21, 2021, with a briefing schedule, if appropriate.

Dated:  July 12, 2021                                                Respectfully submitted,

    /s/ Adam Miller_____
BUCKLEY LLP
Adam Miller (DC Bar # 496339)
Nadav Ariel (DC Bar # 1023141)
1250 24th Street NW, Suite 700
Washington, DC 20037
202-349-7958
amiller@buckleyfirm.com

CAMPAIGN LEGAL CENTER
Danielle M. Lang (DC Bar # 1500218)
1411 K Street NW, Suite 1400
Washington, DC 20005
202-736-2200
dlang@campaignlegalcenter.org

*Counsel for Plaintiff*

CHANNING D. PHILLIPS
D.C. Bar #415793
Acting United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

By:     /s/ *Paul Cirino*
PAUL CIRINO, D.C. Bar #1684555
Assistant United States Attorney
Civil Division
U.S. Attorney's Office for the District of Columbia
555 4th Street, N.W.
Washington, D.C.  20530
Telephone: (202) 252-2529
paul.cirino@usdoj.gov

*Counsel for Defendant*

2