UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAMPAIGN LEGAL CENTER, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civil No. 18-1187 (TSC) ) Civil No. 18-1771 (TSC) |
| U.S. DEPARTMENT OF JUSTICE, | ) ) ) |
| Defendant. | ) ) ) |

**JOINT STATUS REPORT**

Pursuant to the parties' request in their July 12, 2021, Joint Status Report, Plaintiff Campaign Legal Center ("CLC") and Defendant United States Department of Justice ("DOJ") hereby submit this Joint Status Report in this Freedom of Information Act ("FOIA") case.

As previously reported, the Civil Rights Division completed its supplemental search and completed its response by releasing three responsive emails on June 23, 2021. On July 9, 2021, the Justice Management Division completed its response by releasing an unredacted version of one email.

Aside from the matters on appeal, the only remaining issue before the Court is Defendant's Exemption 5 withholdings in Case No. 18-1771. Specifically, the open issues relate to the following records or categories of records described by DOJ as follows:

1. "Email Correspondence with the White House" (previously also withheld in full pursuant to the presidential communication privilege);

2. "Draft USCCR Interrogatory Responses" (previously also withheld in full pursuant to the attorney work product doctrine);

3. Draft Correspondence Between JMD and Department of Commerce;

4. Draft Correspondence with Representative Gonzalez;

5. Deliberative Discussions Regarding Inter-Agency Correspondence;

6. Deliberative Discussions Regarding Congressional Correspondence;

7. Deliberative discussions regarding the drafting process;

8. Deliberative discussions regarding the Census and/or ACS; and

9. Document described as "Draft response. Census. Honorable Vicente Gonzalez"

The parties propose the following briefing schedule to resolve these issues:

| | |
|---|---|
| Defendant's Renewed Motion for Summary Judgment | September 17, 2021 |
| Plaintiff's Combined Renewed Cross-Motion for Summary Judgment and Opposition to Defendant's Renewed Motion for Summary Judgment | October 19, 2021 |
| Defendant's Combined Opposition to Plaintiff's Cross-Motion for Summary Judgment and Reply in Support of Defendant's Renewed Motion for Summary Judgment | November 9, 2021 |
| Plaintiff's Reply in Support of Plaintiff's Cross-Motion for summary Judgment | November 23, 2021 |

Dated:  July 21, 2021                    Respectfully submitted,

   /s/ Adam Miller
BUCKLEY LLP
Adam Miller (DC Bar # 496339)
Nadav Ariel (DC Bar # 1023141)
1250 24th Street NW, Suite 700
Washington, DC 20037
202-349-7958
amiller@buckleyfirm.com

CAMPAIGN LEGAL CENTER
Danielle M. Lang (DC Bar # 1500218)
1411 K Street NW, Suite 1400
Washington, DC 20005
202-736-2200
dlang@campaignlegalcenter.org

*Counsel for Plaintiff*

CHANNING D. PHILLIPS, D.C. Bar #415793
Acting United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

By:      /s/ *Paul Cirino*
PAUL CIRINO, D.C. Bar #1684555
Assistant United States Attorney
Civil Division
U.S. Attorney's Office for the District of Columbia
555 4th Street, N.W.
Washington, D.C.  20530
Telephone: (202) 252-2529
paul.cirino@usdoj.gov

*Counsel for Defendant*