UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CAMPAIGN LEGAL CENTER,**<br><br>Plaintiff,<br><br>v.<br><br>**UNITED STATES DEPARTMENT OF JUSTICE,**<br><br>Defendant. | Civil Action No. 18-cv-1771 |

### ORDER

For the reasons stated in the accompanying Memorandum Opinion, ECF No. 79, Plaintiff's Cross-Motion for Summary Judgment, ECF No. 65, and Defendant's Cross-Motion for Summary Judgment, ECF No. 68, are GRANTED IN PART are DENIED IN PART. It is ORDERED that Defendant must provide by April 30, 2025, an additional declaration as to why documents within the "Deliberative Discussions Regarding the Census and/or American Community Survey" category are within the scope of the deliberative process privilege. It is FURTHER ORDERED that Defendant must produce, also by April 30, 2025, to Plaintiff the two unredacted comment bubbles withheld in the "Draft United States Commission for Civil Rights' Interrogatories" category.

Date: March 31, 2025

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge